UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS EUGENE STILES,  ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-233 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| AMF LINCOLN LANES, ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

Having dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2), as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 18, 2013                                   /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge