UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS EUGENE STILES,<br>       Plaintiff,<br><br>-v-<br><br>AMF LINCOLN LANES,<br>       Defendant. | No. 1:13-cv-233<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2), as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 18, 2013                         /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge